ACCEPTED
061500047CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
7/17/2015 2:26:15 PM
DEBBIE AUTREY
CLERK

## NO. 06-15-00047-CR

<table>
<tr><td>IN THE COURT OF APPEALS<br>FOR THE<br>SIXTH APPELLATE DISTRICT<br>AT TEXARKANA, TEXAS</td><td>FILED IN<br>6th COURT OF APPEALS<br>TEXARKANA, TEXAS<br>7/17/2015 2:26:15 PM<br>DEBBIE AUTREY<br>Clerk</td></tr>
</table>

MILTON EDWARD GRIGGS APELLANT

V.

THE STATE OF TEXAS, APPELLEE

APPEAL IN CAUSE NUMBER CR1401075

IN THE COUNTY COURT AT LAW #1

OF HUNT COUNTY, TEXAS

JUDGE TIMOTHY S. LINDEN PRESIDIING

APPELLEE'S MOTION FOR EXTENSION

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

NOW COMES, Peter Gieseking, Appellee and Attorney for the State, makes and files this Motion for Extension and would respectfully show the following:

I.

Appellee's Brief is due July 15, 2015. The request for extension is made for the following reason: The prior assistant county attorney in which this appeal was assigned to is no longer with this office and I, Peter Gieseking, just received notice of the appeal today through a forwarded email from the former employee. I just contacted the 6th Court of Appeals today, July

17th, 2015 and received a copy of the Anders and Pro-Se briefs through the 6th Court of Appeals and have not had a chance to review them.

II.

Appellee moves for a 30 day extension in this matter. This Motion for Extension is in the interest of justice and not for the purpose of delay.

WHEREFORE PREMISES CONSIDERED, Appellee prays the Court grant this, its Motion for Extension, in the above numbered cause.

Respectfully submitted,

____/S/___Peter Gieseking_____
*Peter Gieseking*
Assistant Hunt County Attorney
State Bar No. 24081640

**CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing Motion for Extension was served on counsel for Appellant.

___/S/___Peter Gieseking_____
*Peter Gieseking*